*JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TRUBY,<br><br>   Plaintiff,<br><br>   v.<br><br>HANAA DANDOUCH dba VALLEY MART DELI; IYAD DANDOUCH dba VALLEY MART DELI,<br><br>   Defendants. | Case No. 5:24-cv-01460-MAA<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

**ORDER**

Based on the Parties' stipulation the case is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: __06/27/2025_____

MARIA A. AUDERO
U.S. MAGISTRATE JUDGE